IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLYMPIA STEEL BUILDINGS SYSTEMS CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL STEEL DOMESTIC SALES, LLC d/b/a GENERAL STEEL CORPORATION, a Colorado limited liability corporation, *et al.*, <br><br> Defendants. | Civil Action No. 06-1597 <br><br> Chief Judge Donetta Ambrose <br><br> Electronically Filed |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiffs Olympia Steel Buildings Systems Corp. and Universal Steel Buildings Corp. (the "Plaintiffs") and for the present defendants General Steel Domestic Sales, LLC d/b/a General Steel Corporation, and Discount Steel Buildings, LLC (the "Present Defendants"), that pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiffs, by their undersigned counsel, and the Present Defendants, by their undersigned counsel, hereby stipulate to the dismissal with prejudice of this Action in its entirety, including all claims asserted in the Complaint and/or Amended Complaint in this Action by the Plaintiffs against all originally-named defendants, with each party to bear its own respective costs and attorneys' fees. Nothing in this Stipulation shall be deemed to constitute consent to, or to waive or prejudice in any manner any prior

challenge to, or asserted defense denying, the existence of personal jurisdiction or the

appropriateness of venue by any present or former party in connection with this Action.

| | |
|---|---|
| /s/ Kevin P. Lucas | /s/ William M. Wycoff |
| Kevin P. Lucas, Esq. | William M. Wycoff |
| Pa. I.D. No. 25596 | Pa. I.D. No. 01119 |
| Erin Lucas, Esq. | Christopher P. Furman |
| Pa. I.D. No. | Pa. I.D. No. 89822 |
| Manion McDonough & Lucas, P.C. | Thorp Reed & Armstrong, LLP |
| Grant Building | One Oxford Centre |
| 600 Grant Street, Suite 1414 | 301 Grant Street, 14th Floor |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219 |
| (412) 232-0200 | (412) 394-7782 |
| | |
| Counsel for the Present Defendants: | Counsel for Plaintiffs: |
| General Steel Domestic Sales, LLC and | Olympia Steel Buildings Systems Corp. and |
| Discount Steel Buildings, LLC. | Universal Steel Buildings Corp. |

**SO ORDERED.**

**Dated:**

/s/ Donetta W. Ambrose
**Chief United States District Judge**